1006

[No. 53985-0-I. Division One. April 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LEE BARTHOLOMEW, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-1-00607-7, Susan K. Cook, J., entered January 20, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Agid, JJ.

[No. 54001-7-I. Division One. April 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY DALE HUGHES, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-1-00615-8, John M. Meyer, J., entered February 24, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington, A.C.J., and Baker, J.

[No. 54100-5-I. Division One. April 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER COLIN BINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09541-5, Cheryl B. Carey, J., entered March 15, 2004. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Becker, JJ.

[No. 54145-5-I. Division One. April 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ELLEN ANN WELCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05741-6, Anthony P. Wartnik, J., entered April 5, 2004. *Affirmed* by unpublished per curiam opinion.